BEFORE THE SECOND DIVISION, DECEMBER 12, 1949

No. 53803.—Minami & Hori Importing Co., Inc. v. United States, protests 78474–K, etc. (Seattle).

Opinion by LAWRENCE, J. From an examination of the record the court found nothing therein tending in any way to overcome the presumption of correctness attaching to the decision of the collector. The protests were therefore overruled.

No. 53804.—Neu-Dimond Wire Corp. et al. v. United States, protests 665262–G, etc. (Portland, Oreg., and Seattle).

Opinion by LAWRENCE, J. By virtue of the decision in *T. M. Duche & Sons, Inc.* v. *United States* (36 C. C. P. A. 19, C. A. D. 391), the protests were dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 12, 1949.

No. 53805.—Arizona Flour Mills et al. v. United States, protests 107465–K, etc. (Nogales).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that involved in *E. C. Lineiro* v. *United States* (37 C. C. P. A. 10, C. A. D. 411), the claim of the plaintiffs was sustained.

No. 53806.—R. H. Macy & Co., Inc., et al. v. United States, protests 70217–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53807.—Buchner Import Co., Inc., et al. v. United States, protests 71783–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53808.—Daoud S. Dallal & Co. et al. v. United States, protests 148430–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.